**Order issued February 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01052-CR

**RONALD TERRELL FLOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# O R D E R

Before Justices Bridges, Fillmore, and Brown

Based on the Court's opinion of this date, we **GRANT** the September 12, 2014 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Ronald Terrell Floyd, TDCJ No. 01880500, Dallas Transitional Center, 899 No. Stemmons Fwy, Dallas, Texas, 75207.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE